UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Philip R. Gindi ) | |
| ) | |
| Plaintiff, ) | Civil Action No. |
| ) | 1:15-cv-13869-NMG |
| ) | |
| v. ) | |
| ) | |
| Ronald B. Norton, ) | |
| ) | |
| Defendant. ) | |

ORDER OF DISMISSAL

   Gorton   D.J.

In accordance with the Court's Order dated 11/2/2016 granting the defendant's motion to dismiss (dkt. no. 13), it is hereby ORDERED that the above-entitled action be and hereby is DISMISSED.

   11/2/2016                              By the Court,
    Date

                                        /s/Stephanie Caruso
                                          Deputy Clerk